UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Michael Darcy Tyler,

                Plaintiff,            20 **CIVIL** 10566 (JLC)

     -v-                              **JUDGMENT**

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 13, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        April 14, 2022

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                      **BY:**

                                                **Deputy Clerk**